IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-00109-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY RICHARDS

    Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
03/02/2018
**JEFFREY P. COLWELL, CLERK**

## INDICTMENT
## 18 U.S.C.§ § 113(a)(8), 1153(a)

The Grand Jury charges:

### COUNT 1
18 U.S.C. §§ 113(a)(8), 1153(a)

On or about January 6, 2018, within the exterior boundaries of the Southern Ute Indian Reservation, in the State and District of Colorado, the defendant, GREGORY RICHARDS, an Indian, did assault an intimate partner or dating partner, namely, Y.L., by strangling or suffocating her; in violation of Title 18, United States Code, Sections 113(a)(8) and 1153(a).

A TRUE BILL

"Ink signature on file in Clerk's Office"
FOREPERSON

ROBERT C. TROYER
UNITED STATES ATTORNEY


s/ *Jeffrey K.Graves*
JEFFREY K. GRAVES
Assistant United States Attorney
United States Attorney's Office
103 Sheppard Dr., Suite 215
Durango, Colorado 81303
Telephone:   (970) 247-1514
Fax:   (970) 247-8619
E-mail:   jeffrey.graves@usdoj.gov