IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  18-cr-00109-GPG-JMC

UNITED STATES OF AMERICA,

   Plaintiff,

v.

GREGORY RICHARDS,

   Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**

---

The United States of America, by and through United States Attorney Cole Finegan and the undersigned Assistant United States Attorney, respectfully moves to restrict document [ECF # 96] and attachments, any order revealing the contents of that document, and the brief filed in support of this motion [ECF# 97], for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

   Dated September 22, 2023.

                                        COLE FINEGAN
                                        United States Attorney

                                        By:  s/ *Jeffrey K. Graves*
                                        Jeffrey K. Graves
                                        Assistant United States Attorneys
                                        835 E 2nd Avenue, Suite 410
                                        Durango, Colorado 81301
                                        Telephone: (970) 247-1514
                                        Email: jeffrey.graves@usdoj.gov
                                        Attorney for the Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Michael A. Goldman
goldman@gnm-law.com

                                                 *s/Amy Connor*
                                                 Amy Connor
                                                 Paralegal Specialist
                                                 U.S. Attorney's Office
                                                 835 E 2nd Avenue, Suite 410
                                                 Durango, Colorado 81301
                                                 (970) 247-1514 phone
                                                 (970) 247-8619 fax
                                                 Amy.connor@usdoj.gov